# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS
## Washington, D.C.

## UNITED STATES

### v.

## Gregory L. TURNER,
### Machinery Technician First Class (E-6), U.S. Coast Guard

## CGCMG 0195

## Docket No. 1206

## 3 June 2004

General Court-Martial convened by Commander, Fifth Coast Guard District. Tried at Norfolk, Virginia, on 9 October 2003.

| | |
|---|---|
| Military Judge: | COL Ronald W. White, USA |
| Trial Counsel: | LCDR Laura M. Dickey, USCG |
| Assistant Trail Counsel: | LT Patrick M. Flynn, USCG |
| Defense Counsel: | LT Amanda R. Moore, JAGC, USNR |
| Appellate Defense Counsel: | LCDR Nancy J. Truax, USCG |
| Appellate Government Counsel: | LT Sandra J. Miracle, USCG |

## BEFORE
## PANEL TWO
## BAUM, KANTOR[*], & PALMER
Appellate Military Judges

Per Curiam:

Appellant was tried by general court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of three specifications of indecent acts with a female under sixteen years of age, in violation of Article 134, Uniform Code of Military Justice (UCMJ). Appellant was sentenced to a bad-conduct discharge, reduction to E-1, and confinement for one year. The Convening Authority approved the adjudged sentence, which was permitted under the terms of the pretrial agreement.

---

[*] Judge Kantor did not participate in this decision.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, we have noted the military judge's thorough explanation to Appellant of the terms of the pretrial agreement, ensuring that Appellant's pleas of guilty were not based on a misunderstanding of his plea bargain. Colonel Ronald W. White, the Army military judge in this case, conducted the excellent colloquy with Appellant. It could serve as a model to be followed by other judges presiding in Coast Guard cases. The findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

Roy Shannon Jr.
Clerk of the Court